IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOE PENSKA, Individually and For Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>HONOR RESOURCES COMPANY,<br><br>            Defendant. | Case No. 2:20-cv-00434-DSC<br><br>Honorable David Stewart Cercone |

## STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of this civil action.  Each party will bear its own costs.

Respectfully submitted,

/s/ Taylor A. Jones
Michael A. Josephson (PA No. 308410)
  (TX Bar No. 24014780)
Andrew W. Dunlap (TX Bar No. 24078444)
Taylor A. Jones (TX Bar No. 24107823)
JOSEPHSON DUNLAP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com

Richard J. (Rex) Burch
(TX Bar No. 24001807)
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone

/s/ Brian M. Hentosz
Christopher Michalski (PA No. 93236)
cmichalski@littler.com

Brian M. Hentosz (PA No. 317176)
bhentosz@littler.com

LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Ph:  412.201.7634 / 7676
Fax:  412.774-1957

Attorneys for Defendant,
*Honor Resources Company*

Date: April 22, 2021

SO ORDERED:
s/ David S. Cercone
Sr. U.S. District Judge